
Law Offices
**Howard A. Chorost**, P.C.
21 East Speedway Boulevard
Tucson, Arizona 85705
(520) 792-0011
(520) 844-1196 (fax)

Howard A. Chorost, Esq.
State Bar of Arizona No. 012663
Howard.Chorost@azbar.org

Attorney for Movant TUCSON FEDERAL CREDIT UNION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>KEVIN ANDREW NICHOLS and ANNA MICHELLE MCCALLISTER-NICHOLS , Debtor.<br><br>TUCSON FEDERAL CREDIT UNION, Movant,<br>  vs.<br>KEVIN ANDREW NICHOLS and ANNA MICHELLE MCCALLISTER-NICHOLS , Debtor;<br>DIANNE C. KERNS, Trustee,<br>  Respondents. | Chapter 13 Proceedings<br><br>Case No. 4:11-bk-05365-EWH<br><br>**ORDER TERMINATING STAYS**<br><br>2717 E LA CIENEGA DR TUCSON AZ 85716 |

Movants' Motion for Relief from Stays having been filed with all interested parties having been noticed, and there being no timely objections filed to said Motion,

IT IS HEREBY ORDERED that all Stays and Injunctions, including the Automatic Stay imposed by 11 U.S.C. §362 (and, if applicable, the Co-Debtor Stay as imposed by 11 U.S.C. §1301) are hereby terminated with respect to Movant's Deed of Trust Recorded in Docket 13117, page 3021, with respect to the following described Real Property which is the subject of Movant's security interest, to wit:

LOT 31, BLOCK 6 OF LA MADERA ADDITION TO THE CITY OF TUCSON ACCORDING TO THE MAP PRECRDED IN BOOK 7 OF MAPS, PAGE 92, RECORDS OF PIMA COUNTY, ARIZONA

This Order is binding as to any Chapter to which Debtor may convert.

DATED _____

_____
Hon. Eileen W. Hollowell
UNITED STATES BANKRUPTCY JUDGE

Signed or entered as set forth above.